**LAW OFFICES OF WILLIAM CAFARO**

William Cafaro, Esq.
*Partner*
ADMITTED IN NY, CA, MD & TX
Email: bcafaro@cafaroesq.com

Amit Kumar, Esq.
*Managing Attorney*
ADMITTED IN NY & NJ
Email: akumar@cafaroesq.com

Andrew S. Buzin, Esq.
*Of Counsel*
ADMITTED IN NY, FL & DC

108 West 39th Street, Suite 602
New York, New York 10018
Telephone: 212.583.7400
Facsimile: 212.583.7401
www.cafaroesq.com

Louis M. Leon, Esq.
*Associate*
ADMITTED IN NY
Email: lleon@cafaroesq.com

Matthew S. Blum, Esq.
*Of Counsel*
ADMITTED IN NY
Email: mblum@cafaroesq.com

August 20, 2024

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/20/2024

**MEMORANDUM ENDORSED**

*Via* **ECF**
Hon. Gregory H. Woods, U.S.D.J
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *Maine v. Hilton Hotel Employer LLC, et al.*
      Case No.: 24-cv-01682-GHW

Your Honor:

    This office represents the Plaintiff in the above referenced single plaintiff action brought under the Fair Labor Standards Act ("FLSA") and New York Labor Law ("NYLL"). We write, pursuant to Rule 1(E) of the Court's Individual Rules of Practice to request an adjournment of the pre-motion conference concerning Defendants' anticipated motion to dismiss. The conference is currently scheduled for August 22, 2024, at 4:00PM. No previous requests have been made for an adjournment of this conference and Defendants' have consented to the relief. The Parties propose the following alternative dates for the conference: September 10 (after 1PM); September 11 (between 2PM and 5PM) and September 12. The adjournment of this conference will not affect any other scheduled dates.

    Plaintiff is requesting this relief because undersigned counsel will be away on a family vacation during the time of the conference and thus unavailable for the conference.

    We thank the Court for its consideration in this matter.

Respectfully Submitted,
LAW OFFICE OF WILLIAM CAFARO

__/s/ Amit Kumar_____
By:   Amit Kumar, Esq. (AK 0822)
      *Attorneys for the Plaintiff*

CC:   All Counsel of record via ECF

Application granted. The parties' August 20, 2024 request to adjourn a pre-motion conference, Dkt. No. 18, is granted. The pre-motion conference scheduled for August 22, 2024 is adjourned to September 12, 2024 at 4:00 p.m. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 18.
SO ORDERED.

Dated: August 20, 2024
New York, New York

_____
GREGORY H. WOODS
United States District Judge