*William Cafaro, Esq.*
Partner
ADMITTED IN NY, CA, MD & TX
Email: bcafaro@cafaroesq.com

*Amit Kumar, Esq.*
Managing Attorney
ADMITTED IN NY & NJ
Email: akumar@cafaroesq.com

*Andrew S. Buzin, Esq.*
Of Counsel
ADMITTED IN NY, FL & DC

**LAW OFFICES OF WILLIAM CAFARO**

108 West 39th Street, Suite 602
New York, New York 10018
Telephone: 212.583.7400
Facsimile: 212.583.7401
www.cafaroesq.com

*Louis M. Leon, Esq.*
Associate
ADMITTED IN NY
Email: lleon@cafaroesq.com

*Matthew S. Blum, Esq.*
Of Counsel
ADMITTED IN NY
Email: mblum@cafaroesq.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/30/2024

September 30, 2024

**MEMORANDUM ENDORSED**

*Via* **ECF**
Hon. Gregory H. Woods, U.S.D.J
Southern District of New York
500 Pearl St.
New York, NY 10007

Re:   *Maine v. Hilton Hotel Employer LLC et al*
       Case No.: 1:24-cv-01682-GHW

Your Honor,

  This office represents the Plaintiff, Christopher Maine in the above referenced action brought under the Fair Labor Standards Act ("FLSA") and New York Labor Law ("NYLL"). We write to request an extension of time for the Parties to file a joint status letter from October 3, 2024 to October 17, 2024. This is the Plaintiffs' first request for an extension of this deadline and Defendants' have consented to the request. Plaintiffs are requesting this extension because the undersigned counsel is currently medically ill and unable to speak with the Plaintiff concerning the alleged arbitration agreement and its ramifications.

  We thank the Court for its courtesy in this regard.

Respectfully Submitted,
LAW OFFICES OF WILLIAM CAFARO

*[signature]*

_____
By Amit Kumar, Esq.
*Attorneys for the Plaintiffs*
108 West 39th Street, Suite 602
New York, New York 10018
(212) 583-7400
AKumar@CafaroEsq.com

---

Application granted. Plaintiff's request for an extension of time for the parties to file a joint status letter, Dkt. No. 25, is granted. The deadline for the parties to submit a joint status letter is extended to October 17, 2024. The Court directs Plaintiff to comply in the future with the Court's Individual Rule 1(A), which requires a party that seeks relief from the Court to indicate whether its adversary consents to the request.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 25.

SO ORDERED.
Dated: September 30, 2024

_____
GREGORY H. WOODS
United States District Judge