# JacksonLewis

Jackson Lewis P.C.
58 South Service Road, Suite 250
Melville NY  11747
(631) 247-0404 Main
(631) 247-0417 Fax

jacksonlewis.com

MY DIRECT DIAL IS: (631) 247-4661
MY EMAIL ADDRESS IS:  NOEL.TRIPP@JACKSONLEWIS.COM

October 21, 2024

**VIA ECF**

The Honorable Gregory H. Woods
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Rm. 2260
New York, New York  10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/21/2024

**MEMORANDUM ENDORSED**

Re:  *Christopher Maine v. Hilton Hotel Employer LLC, et al.*
     Civil Case No.: 24-cv-01682 (GHW)

Dear Judge Woods:

As counsel for the Defendants in the above matter, we write jointly with Plaintiff's counsel pursuant to Rule 1 (E) of Your Honor's Individual Rules of Practice and further to the parties' status letter (Dkt. No. 27) and the Court's Order (Dkt. No. 28) to respectfully request adjournment of the initial pretrial conference currently scheduled for October 31, 2024 (and related deadlines set in the Court's March 6, 2024 Order, Dkt. No. 5) *sine die*, pending Defendants' anticipated motion to compel arbitration (Dkt. No. 16, 27). This is the parties' first request for such adjournment and it does not affect any other deadlines.

We thank the Court for its consideration and attention to this matter.

Respectfully submitted,

JACKSON LEWIS, P.C.

*Noel P. Tripp*

Noel P. Tripp

NPT
cc: All Counsel of Record (*via* ECF)

4865-4846-6161, v. 2

Application granted.  The parties' October 21, 2024 request to adjourn the initial pretrial conference, Dkt. No. 29, is granted.  The Court finds that there is good cause to stay discovery in this matter pending briefing and resolution of the anticipated motion to compel.  The initial pretrial conference scheduled for October 31, 2024 is adjourned *sine die*.

SO ORDERED.

Dated: October 21, 2024
New York, New York

GREGORY H. WOODS
United States District Judge